ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 1 9 2012  9:45 a.m.

## FACTUAL RÉSUMÉ

UNITED STATES OF AMERICA V. PEDRO RODRIGUEZ-FACUNDO
NO. 5:12-MJ-120 - LUBBOCK DIVISION - NORTHERN DISTRICT OF TEXAS

CLERK, U.S. DISTRICT COURT
Deputy

| | |
|---|---|
| COMPLAINT: | <u>TO BE ARRAIGNED ON CRIMINAL COMPLAINT-</u> Charging violation of 8 U.S.C. §§ 1325(a) and 1329 - Improper Entry by Illegal Alien. |
| MAXIMUM PENALTY: | A term of imprisonment of six months, and a fine of $5,000.00, or both. |
| MANDATORY ASSESSMENT: | $10.00 |
| PLEA AGREEMENT: | As set forth in the Plea Agreement attached hereto and incorporated herein. |
| ELEMENTS OF THE OFFENSE | On or about October 7, 2012, in the Lubbock Division of the Northern District of Texas, and elsewhere, Pedro Rodriguez-Facundo, defendant, an alien, did elude examination and inspection by officers of the Department of Homeland Security and was apprehended in Lubbock County, Texas, after knowingly and willfully entering the United States on or about February 1, 2012, at a time and place other than designated by Homeland Security Officers, he being an alien in the United States. In violation of 8 U.S.C. §§ 1325(a) and 1329. |

At all times relevant to this action, Rodriguez-Facundo was a citizen of Mexico. On or about October 7, 2012, immigration officers encountered Rodriguez-Facundo in Lubbock County, Texas, after he was stopped for driving with an expired registration on his car. Rodriguez-Facundo admitted to  PR MLK immigration authorities that he was illegally present in the United States. He was transported to the Lubbock, ~~Texas,~~ County Jail and ~~Border Patrol station for immigration processing, where~~ his identity and immigration history were confirmed. Rodriguez-Facundo admitted that he intentionally crossed the international boundary between the United States and Mexico on or about February 1, 2012, at a time and place other than

**Plea Agreement - Page 8**

designated for proper entry, thereby eluding examination and inspection by officers of the Department of Homeland Security.

The above facts are true and correct:

x *Pedro Rodriguez*
_____
Pedro Rodriguez-Facundo

3 Oct 2012
_____
Date

*Michael L. King*
_____
Michael L. King
Attorney for Defendant

3 Oct 2012
_____
Date

**Plea Agreement - Page 9**